UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

June 11, 2019

Attn:  **Thomas Young Hae Song, Esq.**

In re:   **Michael Spaventa, Jr.**
Bk No.  **18-17268-mdc**
Adv No.  n/a
Chapter  **13**

RE:  **Motion for Relief from Stay filed by Pennymac Loan Services, LLC represented by THOMAS YOUNG HAE SONG (Counsel)**.

The above document was filed with this office on **June 10, 2019.** Please be advised that the Filing Fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

( )  Voluntary Petition Filing Fee
( )  Adversary Proceeding
( )  $31.00 Filing Fee for Amendments
( )  $25.00 Claims Transfer Fee
**(X)  Motion for Relief from Stay  -  Filing Fee  $ 181.00**

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

Timothy B. McGrath
Clerk

*By:* John B.
Deputy Clerk

*Fee Notice*
*(11/26/18)*