IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>MICHAEL SPAVENTA, JR.<br>　　　　Debtor | : BK. No. 18-17268-mdc<br>:<br>: Chapter No. 13 |
| PENNYMAC LOAN SERVICES, LLC<br>　　　　Movant<br>v.<br>MICHAEL SPAVENTA, JR.<br>　　　　Respondent | :<br>:<br>:<br>:<br>: 11 U.S.C. §362 |

## ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, this 16th day of July, 2019, at **PHILADELPHIA**, upon Motion of **PENNYMAC LOAN SERVICES, LLC** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 338 DURFOR STREET, PHILADELPHIA, PA 19148 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_Magdeline D. C_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

WILLIAM C. MILLER
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

MICHAEL A. CATALDO2
CIBIK & CATALDO, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

MICHAEL A. CIBIK2
CIBIK & CATALDO, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

MICHAEL SPAVENTA, JR.
338 DURFOR STREET
PHILADELPHIA, PA 19148