United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-17268-mdc
Michael Spaventa, Jr.                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi              Page 1 of 1              Date Rcvd: Jul 16, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2019.
db             +Michael Spaventa, Jr.,   338 Durfor Street,   Philadelphia, PA 19148-3902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2019 at the address(es) listed below:
              BRIAN THOMAS LANGFORD    on behalf of Creditor    Air Force Federal Credit Union PitEcf@weltman.com
              MICHAEL A. CATALDO2    on behalf of Debtor Michael  Spaventa, Jr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Michael  Spaventa, Jr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| IN RE: <br> MICHAEL SPAVENTA, JR. <br> Debtor | : <br> : <br> : <br> : | BK. No. 18-17268-mdc <br><br> Chapter No. 13 |
| PENNYMAC LOAN SERVICES, LLC <br> Movant <br> v. <br> MICHAEL SPAVENTA, JR. <br> Respondent | : <br> : <br> : <br> : <br> : <br> : | <br><br><br><br> 11 U.S.C. §362 |

## ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, this 16th day of July, 2019, at **PHILADELPHIA**, upon Motion of **PENNYMAC LOAN SERVICES, LLC** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 338 DURFOR STREET, PHILADELPHIA, PA 19148 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

MICHAEL A. CATALDO2
CIBIK & CATALDO, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

MICHAEL A. CIBIK2
CIBIK & CATALDO, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

MICHAEL SPAVENTA, JR.
338 DURFOR STREET
PHILADELPHIA, PA 19148