United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-17268-mdc
Michael Spaventa, Jr.                                                     Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2          Date Rcvd: Oct 24, 2019
                             Form ID: pdf900          Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2019.
db             +Michael Spaventa, Jr.,   338 Durfor Street,   Philadelphia, PA 19148-3902
14252009       +COMCAST,   PO BOX 1931,   Burlingame, CA 94011-1931
14228446       +Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
14228447       +Experian,   Profile Maintenance,   P.O. Box 9558,   Allen, Texas 75013-9558
14228448       +First Progress,   PO Box 84010,   Columbus, GA 31908-4010
14228450        PA Dept. of Revenue,   Bankruptcy Division,   Bureau of Compliance,   P.O. Box 280946,
                 Harrisburg, PA 17120-0946
14257348       +PENNYMAC LOAN SERVICES, LLC,   P.O. BOX 2410,   MOORPARK CA 93020-2410
14228453       +PGW,   Legal Dept. 4th Floor,   800 W. Montgomery Avenue,   Philadelphia, PA 19122-2806
14310391       +PennyMac Loan Services LLC,   c/o Rebecca A. Solarz, Esq.,   KML Law Group, P.C.,
                 701 Market Street, Suite 5000,   Philadelphia PA 19106-1541
14228452       +Pennymac Loan Services,   Attn: Bankruptcy,   PO Box 514387,   Los Angeles, CA 90051-4387
14230808        Pennymac Loan Services, LLC,   c/o Thomas Song, Esquire,   1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,   Philadelphia, Pa   19103
14228455       +Police &fire,   1 Greenwood Square Office Park,   3333 Street Rd.,   Bensalem, PA 19020-2022
14228456       +Professional Bureau of Collections of Ma,   Attn: Bankruptcy,   5295 DTC Parkway,
                 Greenwood Village, CO 80111-2752
14228457       +Trans Union Corporation,   Public Records Department,   555 West Adams Street,
                 Chicago, IL 60661-3631


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 25 2019 03:30:46     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 25 2019 03:30:18
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 25 2019 03:30:40     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14228440       +E-mail/Text: bankruptcy@airforcefcu.com Oct 25 2019 03:30:03
                 Air Force Federal Credit Union; AFFCU,   ATTN: Bankruptcy Dept.,
                 1560 Cable Ranch Rd., Ste 200,   San Antonio, TX 78245-2143
14228443        E-mail/Text: megan.harper@phila.gov Oct 25 2019 03:30:46     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,   1401 JFK Blvd, Room 580,   Philadelphia, PA 19102
14228444        E-mail/Text: megan.harper@phila.gov Oct 25 2019 03:30:46     City of Philadelphia,
                 Bankruptcy Unit,   15th Floor,   1515 Arch Street,   Philadelphia, PA 19102
14312712       +E-mail/Text: megan.harper@phila.gov Oct 25 2019 03:30:47
                 CITY OF PHILADELPHIA LAW DEPARTMENT,   TAX & REVENUE UNIT,   BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1613
14228441       +E-mail/Text: ecf@ccpclaw.com Oct 25 2019 03:30:04     Cibik & Cataldo, P.C.,
                 1500 Walnut Street, Suite 900,   Philadelphia, PA 19102-3518
14228445       +E-mail/Text: bankruptcy@philapark.org Oct 25 2019 03:31:05     City of Philadelphia,
                 Parking Violations Branch,   PO Box 41819,   Philadelphia, PA 19101-1819
14228449        E-mail/Text: cio.bncmail@irs.gov Oct 25 2019 03:30:09     I.R.S.,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
14233176       +E-mail/Text: ecfbankruptcy@progleasing.com Oct 25 2019 03:30:36     NPRTO North-East, LLC,
                 256 West Data Drvie,   Draper, UT 84020-2315
14228451        E-mail/Text: bankruptcygroup@peco-energy.com Oct 25 2019 03:30:11     Peco Energy,
                 2301 Market Street # N 3-1,   Legal Department,   Philadelphia PA 19103-1338
14228454       +E-mail/Text: bankruptcy@philapark.org Oct 25 2019 03:31:05     Philadelphia Parking Authority,
                 Bankruptcy Department,   701 Market Street,   Philadelphia, PA 19106-2895
14228458       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 25 2019 03:30:02
                 Verizon Wireless,   Attn: Verizon Wireless Bankruptcy Admini,   500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                              TOTAL: 14


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14228442*      +Cibik and Cataldo, P.C.,   1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
                                                                TOTALS: 0, * 1, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Virginia          Page 2 of 2          Date Rcvd: Oct 24, 2019
                              Form ID: pdf900         Total Noticed: 28
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
          BRIAN THOMAS LANGFORD    on behalf of Creditor   Air Force Federal Credit Union PitEcf@weltman.com
          JEROME B. BLANK    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com
          MICHAEL A. CATALDO2    on behalf of Debtor Michael  Spaventa, Jr. ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Michael  Spaventa, Jr. ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                   TOTAL: 8
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :
                                                    :
Michael Spaventa                                    :          CHAPTER 13
                                                    :
                                                    :          BKY. NO.   18-17268MDC13
                                                    :
                  (Debtor)                          :

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE**
**FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.      This chapter 13 bankruptcy case is **DISMISSED.**

2.      Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.      Any wage orders previously entered are **VACATED.**

4.      Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5.      All applications for allowance of administrative expense (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6.      **Promptly after the expiration of the time period set forth in paragraph 5 above, Counsel for the Debtor shall file either:** (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7.      If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

By the Court:

Date:  October 18, 2019

_Magdeline D. C_____
HON. Magdeline D. Coleman
Chief U. S. Bankruptcy Judge