# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| MICHAEL SPAVENTA, JR. | |
| DEBTOR(S) | CASE NO. 18-17268MDC13 |

## CERTIFICATION OF NO RESPONSE

I, Michael A. Cataldo, hereby certify that neither an objection to the proposed compensation nor any other application for administrative expense were filed in the above captioned matter and seek an order approving Fees to Cibik & Cataldo, PC.

Dated: October 28, 2019         CIBIK & CATALDO, P.C.
                                ATTORNEY FOR DEBTOR(S)

                                By: /s/ MICHAEL A. CATALDO
                                1500 Walnut Street, Suite 900
                                Philadelphia, PA 19102
                                Tel: (215) 735-1060
                                Fax: (215) 735-6769
                                Email: ccpc@ccpclaw.com