# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL SPAVENTA,
           Debtor(s).

Case No. 18-17268MDC13

Chapter 13

## ORDER APPROVING APPLICATION FOR COMPENSATION

**AND NOW**, this ___13th___ day of ___December___, 201_8_, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$5,000.00** is allowed and the balance due to counsel in the amount of **$4,000.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_____
HON. MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE