United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael Spaventa, Jr.  
      Debtor

Case No. 18-17268-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　User: Christina　　Page 1 of 1　　Date Rcvd: Dec 13, 2019  
　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2019.  
db　　　　　+Michael Spaventa, Jr.,   338 Durfor Street,   Philadelphia, PA 19148-3902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2019 at the address(es) listed below:  
    BRIAN THOMAS LANGFORD    on behalf of Creditor    Air Force Federal Credit Union PitEcf@weltman.com  
    JEROME B. BLANK    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com  
    MICHAEL A. CATALDO2    on behalf of Debtor Michael  Spaventa, Jr. ecf@ccpclaw.com, igotnotices@ccpclaw.com  
    MICHAEL A. CIBIK2    on behalf of Debtor Michael  Spaventa, Jr. ecf@ccpclaw.com, igotnotices@ccpclaw.com  
    REBECCA ANN SOLARZ    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com  
    THOMAS YOUNG.HAE SONG    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: MICHAEL SPAVENTA,<br>            Debtor(s). | Case No. 18-17268MDC13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this ___13th___ day of _____December_____, 201_8_, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$5,000.00** is allowed and the balance due to counsel in the amount of **$4,000.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_/s/ Magdeline D. Coleman_
HON. MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE